

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00298-CR

JEROME JOHNSON
v.
THE STATE OF TEXAS

On Appeal from the
214th District Court of Nueces County, Texas
Trial Cause No. 08-CR-1935-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

January 16, 2014